| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>van Meerveld, Janis | 2. Court or Organization<br><br>United States District Court Eastern District of Louisiana | 3. Date of Report<br><br>11/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full Time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Hale Boggs Building, Room B345<br>500 Poydras Street<br>New Orleans, La 70130 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boys Hope Girls Hope of New Orleans |
| 2. | Board Member | Susan G. Komen, New Orleans Affiliate |
| 3. | Board Memeber | Federal Bar Association |
| 4. | Executor | Family Estate |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Adams and Reese LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. Fidelity Cash Fund (FCASH) | A | Interest | J | T | | | | | |
| 3. Fidelity Advisor New Insights CL I (FINSX) | A | Dividend | M | T | | | | | |
| 4. | D | Distribution | | | | | | | |
| 5. Fidelity Emerging Markets Index Premium (FPMAX) | A | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 6. | A | Distribution | | | | | | | |
| 7. American Growth Fund of America CL F3 (GAFFX) | A | Dividend | M | T | | | | | |
| 8. | D | Distribution | | | | | | | |
| 9. Hartford GL Capital Appreciation CL Y (HCTYX) | B | Dividend | M | T | | | | | |
| 10. | A | Distribution | | | | | | | |
| 11. Vanguard Limited Term Tax Exempt Admiral (VMLUX) | A | Dividend | K | T | | | | | |
| 12. Vanguard Dividend Appreciation (VIG) | C | Dividend | M | T | | | | | |
| 13. Vanguard All World Ex-US (VEU) | B | Dividend | K | T | | | | | |
| 14. Vanguad Mid-Cap Value Index (VOE) | A | Dividend | J | T | | | | | |
| 15. Vanguard Small-Cap Value (VBR) | A | Dividend | J | T | | | | | |
| 16. IRA #1 (H) | | | | | | | | | |
| 17. Fidelity Government Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Fidelity Total Stock Market Index Premium CL (FSTVX) | A | Dividend | K | T | | | | | |
| 19. | A | Distribution | | | | | | | |
| 20.   Vanguard All World Ex-US (VEU) | A | Dividend | J | T | | | | | |
| 21.   Brokerage #2 (H) | | | | | | | | | |
| 22.   Fidelity Cash Fund (FCASH) | A | Interest | J | T | | | | | |
| 23.   Fidelity Emerging Markets Index Premium (FPMAX) | A | Dividend | L | T | Buy (add'l) | 02/17/17 | J | | |
| 24. | A | Distribution | | | Buy (add'l) | 05/11/17 | J | | |
| 25. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 26. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 27.   American Capital World Growth & Income CL F3 (FWGIX) | C | Dividend | M | T | | | | | |
| 28. | D | Distribution | | | | | | | |
| 29.   American Growth Fund of America CL F3 (GAFFX) | B | Dividend | M | T | | | | | |
| 30. | D | Distribution | | | | | | | |
| 31.   Vanguard Limited Term Tax Exempt Admiral (VMLUX) | A | Dividend | K | T | | | | | |
| 32.   Vanguard Dividend Appreciation (VIG) | C | Dividend | M | T | | | | | |
| 33.   Vanguard High Dividend Yield (VYM) | C | Dividend | M | T | | | | | |
| 34.   Vanguard Total World (VT) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br><br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>O =$500,001 - $1,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P1 =$1,000,001 - $5,000,000<br><br>T =Cash Market | E =$15,001 - $50,000<br><br>P2 =$5,000,001 - $25,000,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Mid-Cap Value Index (VOE) | A | Dividend | K | T | | | | | |
| 36. Vanguard Small-Cap Value (VBR) | A | Dividend | K | T | | | | | |
| 37. American Funds The Income Fund of America F3 (FIFAX) | C | Dividend | M | T | | | | | |
| 38. | C | Distribution | | | | | | | |
| 39. IRA #2 (H) | | | | | | | | | |
| 40. Fidelity Government Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 41. Fidelity Advisor New Insights Cl I (FINSX) | A | Dividend | L | T | | | | | |
| 42. | D | Distribution | | | | | | | |
| 43. Fidelity Emerging Markets Index Premium (FPMAX) | A | Dividend | L | T | Buy (add'l) | 02/17/17 | J | | |
| 44. | A | Distribution | | | Buy (add'l) | 05/11/17 | K | | |
| 45. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 46. American Growth Fund of America Cl F3 (GAFFX) | B | Dividend | M | T | Sold (part) | 05/11/17 | K | | |
| 47. | D | Distribution | | | | | | | |
| 48. American New Perspective Cl F3 (FNPFX) | A | Dividend | M | T | | | | | |
| 49. | D | Distribution | | | | | | | |
| 50. Vanguard 500 Index Admiral (VFIAX) | C | Dividend | M | T | | | | | |
| 51. Vanguard Dividend Appreciation (VIG) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard All World Ex-US (VEU) | B | Dividend | K | T | | | | | |
| 53. Vanguard Mid-Cap Value Index (VOE) | A | Dividend | K | T | | | | | |
| 54. Vanguard Small-Cap Value (VBR) | A | Dividend | K | T | | | | | |
| 55. Brokerage #3 (H) | | | | | | | | | |
| 56. Fidelity Cash Fund (FCASH) | A | Interest | J | T | | | | | |
| 57. iShares Core S&P Total US Stock (ITOT) | A | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 58. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 59. | | | | | Buy (add'l) | 08/04/17 | K | | |
| 60. Vanguard All World Ex-US (VEU) | A | Dividend | J | T | | | | | |
| 61. Fidelity Emerging Markets Index Premium (FPMAX) | A | Dividend | J | T | Buy | 08/04/17 | J | | |
| 62. | A | Distribution | | | | | | | |
| 63. Variable Annuity #1 (H) | | | | | | | | | |
| 64. Fidelity Life PRA Index 500 | | None | M | T | Sold (part) | 11/27/17 | J | | |
| 65. Fidelity Life PRA Investment Grade Bond | | None | K | T | Sold (part) | 11/27/17 | J | | |
| 66. Fidelity Life PRA Overseas | | None | K | T | Buy (add'l) | 11/27/17 | J | | |
| 67. Fidelity Life PRA High Income | | None | J | T | Buy | 11/27/17 | J | | |
| 68. Variable Annuity #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nationwide Destination B2 American NVIT Growth & Income | | None | K | T | | | | | |
| 70. Nationwide Destination B2 American NVIT Asset Allocation | | None | K | T | | | | | |
| 71. Nationwide Destination B2 American NVIT Bond | | None | K | T | | | | | |
| 72. Variable Annuity #3 (H) | | | | | | | | | |
| 73. Nationwide Destination B2 American NVIT Growth & Income | | None | M | T | | | | | |
| 74. Nationwide Destination B2 American NVIT Asset Allocation | | None | M | T | | | | | |
| 75. Nationwide Destination B2 American NVIT Bond | | None | M | T | | | | | |
| 76. Bank Account #1 (H) | | | | | | | | | |
| 77. Regions Bank | A | Interest | N | T | | | | | |
| 78. Bank Account #2 (H) | | | | | | | | | |
| 79. ASI Federal Credit Union | A | Interest | N | T | | | | | |
| 80. 401k #1 (H) | | | | | | | | | |
| 81. Vanguard Institutional Index I (VINIX) | D | Dividend | N | T | | | | | |
| 82. Dodge & Cox Stock (DODGX) | C | Dividend | M | T | | | | | |
| 83. | D | Distribution | | | | | | | |
| 84. American Growth Fund of America R6 (RGAGX) | B | Dividend | M | T | | | | | |
| 85. | D | Distribution | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Harbor International Institutional (HAINX) | C | Dividend | M | T | | | | | |
| 87. | D | Distribution | | | | | | | |
| 88. 401k #2 (H) | | | | | | | | | |
| 89. Vanguard Institutional Index I (VINIX) | E | Dividend | P1 | T | Buy (add'l) | 01/16/17 | J | | |
| 90. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 91. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 92. | | | | | Buy (add'l) | 04/17/17 | J | | |
| 93. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 94. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 95. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 96. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 97. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 98. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 99. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 100. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 101. Dodge & Cox Stock (DODGX) | D | Dividend | N | T | Buy (add'l) | 01/16/17 | J | | |
| 102. | E | Distribution | | | Buy (add'l) | 02/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 104. | | | | | Buy (add'l) | 04/17/17 | J | | |
| 105. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 106. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 107. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 108. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 109. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 110. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 111. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 112. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 113. American Funds Growth Fund of America (RGAGX) | C | Dividend | N | T | Buy (add'l) | 01/16/17 | J | | |
| 114. | E | Distribution | | | Buy (add'l) | 02/13/17 | J | | |
| 115. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 116. | | | | | Buy (add'l) | 04/17/17 | J | | |
| 117. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 118. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 119. | | | | | Buy (add'l) | 07/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 121. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 122. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 123. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 124. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 125. Harbor International Institutional (HAINX) | D | Dividend | N | T | Buy (add'l) | 01/16/17 | J | | |
| 126. | E | Distribution | | | Buy (add'l) | 02/13/17 | J | | |
| 127. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 128. | | | | | Buy (add'l) | 04/17/17 | J | | |
| 129. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 130. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 131. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 132. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 133. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 134. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 135. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 136. | | | | | Buy (add'l) | 12/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brokerage Account #4 (H) | | | | | Open | 01/03/17 | | | |
| 138. Fidelity Government Cash Reserves (FDRXX) | A | Interest | J | T | Buy | 01/03/17 | J | | |
| 139. iShares Core S&P Total US Stock Market (ITOT) | A | Dividend | J | T | Buy | 01/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 11/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. In Brokerage Account #1, holding GFFFX was converted to GAFFX via a non-taxable share class conversion on 05/23/2017. GAFFX does not represent the purchase of a new security.

2. In Brokerage Account #2, holding GFFFX was converted to GAFFX via a non-taxable share class conversion on 05/23/2017. GAFFX does not represent the purchase of a new security.

3. In Brokerage Account #2, holding AMEFX was converted to FIFAX via a non-taxable share class conversion on 05/23/2017. FIFAX does not represent the purchase of a new security.

4. In Brokerage Account #2, holding WGIFX was converted to FWGIX via a non-taxable share class conversion on 05/23/2017. FWGIX does not represent the purchase of a new security.

5. In IRA #2, holding GFFFX was converted to GAFFX via a non-taxable share class conversion on 05/23/2017. GAFFX does not represent the purchase of a new security.

6. In IRA #2, holding ANWFX was converted to FNPFX via a non-taxable share class conversion on 05/23/2017. FNPFX does not represent the purchase of a new security.

7. No assets are reportable relative to the position of executor listed in Part 1.

8. Brokerage Account #4 is a new account opened in 2017 thus was not included on previous reports.

9. Cash previosuly listed on line 138 for Brokerage account #4 has been updated to reflect the appropriate money market mutual fund holding. This is a new investment in a new account opened in 2017 thus was not included on previous reports.

10. "United States District Court Salary" listed on the previous report has been removed from the amended report because it is not required to be disclosed.

11. "Regions Bank" and "ASI Federal Credit Union" accounts which were previously listed on the 2016 report are on the 2017 report in Part VII listed on lines 76 and 78.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Janis van Meerveld**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544